UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE<br>General Electronics – Value = $533.79 (23-FBI-001253)<br>_____, | **Misc. No.:** 23-mc-50854<br>Honorable Sean F. Cox |

**Notice of Resolution of Miscellaneous Matter**

On April 28, 2023, this Court entered a Stipulation and Order Extending United States' Time to File Forfeiture Complaint and to Toll the Civil Filing Deadline (ECF No. 1), which extended the government's deadline to initiate judicial forfeiture proceedings with regard to General Electronics – Value = $533.79 (23-FBI-001253).

The government hereby provides notice that it will not be seeking any further extensions of the CAFRA deadline; therefore, this matter can be closed.

Respectfully submitted,

Dawn N. Ison
United States Attorney

Dated: July 10, 2023

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9562
Catherine.Morris@usdoj.gov

## Certificate of Service

I hereby certify that service of a copy of the foregoing has been made on July 10, 2023 upon the attorney for Zane Butterfield, Ellen Michaels, via first class mail by placing the same in an envelope, postage prepaid, and depositing said envelope in the United States Mail addressed to:

> Ellen K. Michaels
> Ellen K. Michaels and Associates
> 240 Daines St
> Birmingham, MI 48009

A copy of the foregoing document was also sent to Ellen Michaels via email at emichaelsatty@gmail.com on July 10, 2023

> S/Catherine E. Morris
> Catherine E. Morris (P84371)
> Assistant U.S. Attorney
> 211 W. Fort Street, Ste. 2001
> Detroit, Michigan  48226
> (313) 226- 9562
> Catherine.Morris@usdoj.gov